82,332-01

| | | |
|---|---|---|
| EX PARTE | § | IN THE 118TH DISTRICT COURT |
| COLBY ROSS THURMAN | § | OF THE |
| | § | HOWARD COUNTY, TEXAS |

## APPLICANT REQUEST FOR COURT APPOINTED COUNSEL:

TO THE HONORABLE JUDGE OF SAID HABEAS COURT:

Comes Now, COLBY ROSS THURMAN, Undersigned-indigent, and file this his Request for Apponinted Counsel, in the said above styled -caption, and will show the habeas court the followings;

### I.
### JURISDICTIONS:

Pursuant to; Article 1.051, of the Texas Code of Criminal Procedure, and the 6TH and 14TH Amendment of the Constitution to the United States, this habeas Court has jurisdiction over the subject matter.

### II:
### PARTIES:

The Undersigned; Thurman, is an State inmate currently incarcerated in the Texas Department of Criminal Justice Institutional Davision; Dalhart Unit (TDC). The "new" Respondent-Director is now; William L. Septhens.

### III.
### FACTS AND PROCEDURAL HISTORY:

On October 24,2014 in cause number; WR-82,332-01, (in Austin Tx) the Court of Criminal Appeals, clerk; Abel Acosta, did received and filed Thurman, Application for 11.07, writ Habeas Corpus, without factual findings and conclusion of law through the 118TH District Court, Howard County Texas, in cause number; 12720-(A).

On January 14,2015 (The justice) Court of Criminal Appeals, has reversed and remanded for De-novo review, inorder to resolve controversy facts; inadequate notice for mandatory supervision release, by the Dalhart Unit, Texas Board of Pardons and Paroles, among other claims.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 2 6 2015

Abel Acosta, Clerk

## IV.
### STATEMENT OF THE CASE:

On July 25,2014 (among other claim's), the undersigned; Thurman, did notified the Dalhart Unit, Texas Board of Pardons and Paroles, inorder to be time!ly review (within 30-days) for mandatory supervision early release, but was ignored. See; (Thurman, Affidavit at; Appendix-.C.) with (Thurman, Request-Letter filed on July 25,2014 at; Appendix-.D.).

THEREFORE: the undersigned; Thurman, initiated his post-conviction to recover his liberty interest right's for early release to mandatory supervision, with among other claim's.

## V.
### REQUEST FOR APPOINTED COUNSEL:

The undersigned; Thurman, requests that this Habeas Court appoint counsel to assist him in resolving controversy facts, pending for De-novo Review by this court, in the said above styled-caption. Pursuant to; Art, 1.051, of the Texas Code of Criminal Procedure.

Article 1.051.(c) may require;

  (1),The undersigned-indigent is entitled to have an attorney appointed to represent him in any adversary judicial proceedings; And,

  (2),That may result in controversy facts; inadequate notice for mandatory supervision review.

The undersigned; Thurman, Declaration in support of Right to Representation of Counsel, is attached and incorporated hereto as Exhibit-1.

THEREFORE: This Habeas Court will almost certainly uphold the governmental action.

## VI.
### PRAYER:

The undersigned; Thurman, prays the Habeas Court grants him appointed counsel for his De-novo review, as we'll justice done in this instant case.

*(REQUEST FOR COURT APPOINTED COUNSEL)*

## VII.
## VERIFICATION:

I, COLBY ROSS THURMAN, declare under the Penalty of Perjury that, the said above foregoing is true and correct to the best of my knowledge, as this verification is freely made. Presented to; V.T.C.A. CVI, PROC, REM, CODE §§ 132.001 and 132.003.

Executed date; February 20,2015

Affiant: _____

MR, COLBY ROSS THURMAN #1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022


## VIII.
## CERTIFICATE OF SERVICE:

Service has been accomplished by sending a copy of this instrument to the following addresses;

Executed date; February 20,2015

HOWARD COUNTY TEXAS, DISTRICT CLERK
OFFICE: HARDY L. WILKERSON,
DISTRICT COURT BLDG,
312 SCURRY STREET,
BIG SPRING, TEXAS 79721-2138

DISTRICT ATTORNEY OFFICE, OF HOWARD COUNTY TEXAS,
P.O.BOX DRAWER 149
BIG SPRING, TEXAS 79721-0149

AND,

COURT OF CRIMINAL APPEALS OF TEXAS, CLERK: ABEL ACOSTA,
P.O.BOX 12308, CAPITOL STATION,
AUSTIN, TEXAS 78711

Respectfully submitted,

_____
MR, COLBY ROSS THURMAN #1806079

*(REQUEST FOR COURT APPOINTED COUNSEL)*

Page 3 of 5,

WRIT NUMBER: <u>12720-(A):</u>
<u>WR-82,332-01</u>

EX PARTE                              §        IN THE 118TH DISTRICT COURT

COLBY ROSS THURMAN                    §        OF THE

                                      §        HOWARD COUNTY, TEXAS

<u>ORDER: APPOINTMENT OF COUNSEL:</u>

Came on this day for consideration, the undersigned; Thurman, request for appointment of counsel to assist him in resolving controversy facts, pending De-novo Review, in the said above styled -caption, Pursuant to; <u>Acticle 1.o51,(c), of the Texas Code of Criminal Procedure.</u>

IT IS THEREFORE ORDERED: that, an attorney shall be appointed to represent the undersigned; Thurman, pursuant to; <u>Art, 1.051,(c), of the Texas Code of Criminal Procedure.</u>

Accordingly, the following attorney is hereby appointed and instructed to contact the client; Colby Ross Thurman, regarding this matter.

NAME:_____

ADDRESS:_____

IT IS THEREFORE FURTHER ORDERED: that, a copy of this Order shall be sent to; Colby Ross Thurman, by the clerk of this court.

Executed date;_____2015

_____
JUDGE PRESIDING

*(REQUEST FOR COURT APPOINTED COUNSEL)*



EXHIBIT-1.

IN THE STATE OF TEXAS                    §

COUNTY OF HARTLEY                         §      WRIT NUMBER: 12720-(A)
                                                WR-82,332-01
                                         §

## AFFIDAVIT:

BE IT ACKNOWLEDGED, that I, COLBY ROSS THURMAN, the undersigned affiant, being of legal age, of sound mind, and able to make this affidavit, do hereby say, under oath the followings;

(1), I am presently incarcerated in the Dalhart Unit, of the Texas Department of Criminal Justice (TDC).

(2), While in TDC. I am not permitted to earn or handle money.

(3), I have no source of income or spousal income.

(4), I currently have $-0- credited to me in the Bank Account, or Trust Funds Account.

(5), During my in carceration in TDC. I have received approximately $ 100.00 as gifts from relatives and friends.

(6), I neither own nor have an interest in any realty, stocks, or bonds. and I have received no interest or dividend income from any source.

(7), I have no dependents.

(8), I have total debts of approximately $ 1,000.00

(9), I owe $ 1,000.00 as restitution.

(10), My monthly expenses are approximately $ 100.00.

## DECLARATION:

I, declare under the Penalty of Perjury, that the foregoing said above, is true and correct to the best of my knowledge, as this affidavit is freely made presented to; V.T.C.A. CVI. PROC. REM. CODE. §§ 132.001 and 132.003.

EXECUTED DATE: February 20,2015

Affiant; _[signature]_

COLBY ROSS THURMAN#1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

*(REQUEST FOR COURT APPOINTED COUNSEL)*

Page 5 of 5,

EXHIBIT-1.

MR. COLBY ROSS THURMAN # 1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

TO: COURT OF CRIMINAL   APPEALS OF TEXAS,
    CLERK: ABEL ACOSTA,
    P.O.BOX 12308, CAPITOL STATION,
    AUSTIN, TEXAS 78711              DATED: FEBRUARY 20,2015


    RE: EX PARTE: COLBY ROSS THURMAN, CAUSE NUMBER: 12720-(A),

        AND WR-82,332-01.


Dear Mr. Acosta;

    Greetings. Enclosed are the copies of Applicant; Thurman,
motions for; (1),Request for Court Appointed Counsel, and (2),Bench
Warrant.

    A Copy of the said response pleadings has been sent to these
addresses;

        HOWRAD COUNTY TEXAS, DISTRICT CLERK
        OFFICE: HARDY L. WILKERSON,
        DISTRICT COURT BLDG,
        312 SCURRY STREET,
        BIG SPRING, TEXAS 79721-2138

        AND,

        DISTRICT ATTORNEY OFFICE, OF HOWARD COUNTY TEXAS,
        P.O.BOX DRAWER 149
        BIG SPRING, TEXAS 79721-0149

                        Respectfully submitted,


                        MR. COLBY ROSS THURMAN#1806079